

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 22, 2020

**BY ECF AND E-MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Damon Hawkins and Jamal Stephenson*, 19 Cr. 562 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of defense counsel to defendants Damon Hawkins and Jamal Stephenson, to request that the Court (1) briefly adjourn, for approximately two weeks, the status conference currently scheduled for April 23, 2020 at 2 p.m., and (2) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next appearance. With an approximately two-week adjournment, the Government anticipates that pre-trial dispositions will be finalized with both defendants. Indeed, a change-of-plea hearing for Hawkins is scheduled for April 24 and the parties are targeting the end of next week as Stephenson's change-of-plea hearing date. The Government thus respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next appearance, in order for the parties to continue to pursue and finalize pre-trial dispositions, and submits that such exclusion of time is in the interest of justice. Counsel to Hawkins and Stephenson consent to the above requests.

Granted. The Court will hold a conference on 5/8/20 at 10:30 AM. Time is excluded.
SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/23/20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ David R. Felton
David R. Felton/Samuel L. Raymond
Assistant United States Attorneys
Tel: (914) 993-1908/(212) 637-6519

cc: Daniel A. Hochheiser, Esq. (counsel to Hawkins) (by ECF and e-mail)
Michael K. Burke, Esq. (counsel to Stephenson) (by ECF and e-mail)